UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

CHARLES JUDSON HOLBROOK,

        Petitioner,                      Case No. 1:14-cv-890

v.                                             Honorable Robert J. Jonker

LLOYD RAPELJE,

        Respondent.
_____/

**ORDER DENYING VARIOUS MOTIONS AND
DIRECTING PETITIONER TO FILE AMENDED PETITION**

This is a habeas corpus action filed by a state prisoner pursuant to 28 U.S.C. § 2254. All applications for habeas corpus relief must be submitted on the form petition provided by this Court. *See* Rule 2(d), RULES GOVERNING § 2254 CASES; W.D. Mich. LCivR 5.6(a). Petitioner failed to file his petition on the requisite form. In an order issued October 2, 2014, the Court ordered Petitioner to file an amended petition on the form within 28 days. In a separate order issued that date, the Court denied three motions filed by Plaintiff.

Since that time, rather than filing an amended petition as directed, Petitioner has filed eight new motions (docket ##8-10, 13, 17-20), in which he purports to seek a new trial and immediate release. Like his initial petition, none of the motions contains any of the information necessary to evaluate his habeas case, and all, regardless of their captions, contain wholly conclusory statements to the effect that he is incarcerated in violation of the law. The motions will be denied without prejudice pending the Court's ultimate resolution of the case.

In light of Petitioner's apparent confusion about the Court's earlier order to amend the petition, the Court will allow a brief extension of time to file an amended petition on the form. The Court directs the Clerk to send to Petitioner another copy of the form petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody.  If Petitioner wishes to proceed with his action, Petitioner shall complete all parts of the requisite form petition and returning it to this Court **within 14 days from the date of entry of this order**.  The case number shown above must appear on the front page of the amended petition.  Petitioner must file an original and one complete copy of the amended petition.  If Petitioner fails to submit an amended petition on the proper form within the time allowed, the petition will be dismissed without prejudice by the Court.

      **IT IS SO ORDERED**.

Dated:  November 24, 2014                    /s/ Hugh W. Brenneman, Jr.
                                                HUGH W. BRENNEMAN, JR.
                                                United States Magistrate Judge